FILED

Oct 05 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

SARAH E. MARINHO, SBN 293690
DMITRY STADLIN, SBN 302361
**STADLIN MARINHO LLP**
111 N. Market Street, Suite 300
San Jose, California 95113
T: (408) 645-7801
F: (408) 645-7802
E: sm@stadlinmarinho.com

Attorneys for Plaintiff

Gregory B. Thomas (SBN 239870)
E-mail: gthomas@bwslaw.com
Michael A. Slater (SBN 318899)
E-mail: mslater@bwslaw.com
**BURKE, WILLIAMS & SORENSEN, LLP**
1901 Harrison Street, Suite 900
Oakland, CA 94612-3501
Tel: (510) 273-8780  Fax: (510) 839-9104

Attorneys for Defendants CITY OF MONTEREY,
AARON DELGADO, SABRINA PEREZ,
MAHYAR ROOHBAKHSH and
BRYCE MORGAN

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(San Jose Division)

| | |
|---|---|
| TODD BROCKMAN,<br><br>  Plaintiff,<br><br>v.<br><br>CITY OF MONTEREY, AARON DELGADO, BRYCE MORGAN, SABRINA PEREZ, MAHYAR ROOHBAKHSH, and DOES 1-50, inclusive,<br><br>  Defendants. | No. **20-CV-03029-NC**<br><br>**STIPULATION AND ORDER TO DISMISS THE ACTION PURSUANT TO F.R.C.P. 41** |

    **IT IS HEREBY STIPULATED** by and between the parties to this action through their designated counsel that above-captioned action, be and hereby is dismissed with prejudice pursuant

1 | to Federal Rules of Civil Procedure, Rule 41(a)(1).  Each side shall bear their own attorney's fees
2 | and costs.
3 |      I hereby attest that I have on file all holographic signatures corresponding to any signatures
4 | indicated by a conformed signature /S/ within this e-filed document.

                                             STADLIN MARINHO LLP

Dated:  October 5, 2020                 By:     /S/ Sarah E. Marinho
                                                    SARAH E. MARINHO
                                                    Attorneys for Plaintiff

                                       BURKE, WILLIAMS & SORENSEN, LLP

Dated:  October 5, 2020                 By:     /S/  Michael Slater
                                                    MICHAEL SLATER
                                                    Attorneys for Defendants

**ORDER**

**IT IS SO ORDERED.**

Dated: October 5, 2020

_____
GRANTED
Judge Nathanael M. Cousins
United States Magistrate Judge